**FILED**
CLERK, U.S. DISTRICT COURT
JUNE 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

STEVEN JAMES GOMEZ JR
FULL NAME

COMMITTED NAME (if different)

901 Rice Street Jail Fulton
FULL ADDRESS INCLUDING NAME OF INSTITUTION
County Atlanta Georgia 30318

B/C 2100701   JID 975976
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVEN JAMES GOMEZ JR
PLAINTIFF,
v.
STATE OF GEORGIA
~~Fulton County Sheriff~~
~~901 Rice Street Jail ATL GA~~ DEFENDANT(S).

CASE NUMBER
**2:22-CV-04413-JAK-KS**
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? ___2___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff STEVEN JAMES GOMEZ JR

Defendants THE STATE OF GEORGIA
ATLANTA POLICE MAYOR KEISHA LANCE BOTTOMS FULTON COUNTY SHERIFF

b. Court UNITED STATES DISTRICT COURT    ATLANTA, GEORGIA 30303-3361
2211 UNITED STATES COURTHOUSE 75 TED TURNER DRIVE S.W

c. Docket or case number CASE 1:22-CV-0086-SDG-CCB / 1:22-CV-01156-SDG-CCB

d. Name of judge to whom case was assigned CHRISTOPHER C. BLY

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) STILL PENDING   42 USC §1983

f. Issues raised: PLAINTIFF LETTER ATLANTA POLICE ARE INVOLED IN HUMAN TRAFFICKING AND SEX TRAFFICKING THAT THE FBI HAS BEEN DOING A INVESTIGATION ON THE ATLANTA POLICE KEISHA LANCE BOTTOMS WAS INVOLED POLICE

g. Approximate date of filing lawsuit: 03/07/2022    4/29/2022

h. Approximate date of disposition NA

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☐ No
If your answer is no, explain why not THE FULTON COUNTY JAIL IS NOT WILLING TO RELEAS MY GRIEVANCE COMPLAINT RECORDS DUE TO FACT OF MY FILE 42, USC §1983

3. Is the grievance procedure completed? ☑ Yes   ☐ No
If your answer is no, explain why not COLNEL D. SINGILTON AND MAYJOR J. MOFFET AGREED TO INVESTIGAT GREIVANCE COMPLAINTS. RECORDS.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff STEVEN JAMES GOMEZ JR
(print plaintiff's name)
who presently resides at 901 RICE STREET ATLANTA, GEORGIA 30318
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
THE STATE OF GEORGIA
(institution/city where violation occurred)
LEWIS SLAYTON COURTHOUSE, 136 PRYOR STREET SW, ATLANTA, GA 30303

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                    Page 2 of 6

11/08/2021    07/27/2021    01/21/2021

on (date or dates) 10/15/2021 , 01/14/2022 , 02/22/2022 .
                            (Claim I)              (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **RACHEL KRAUSE** resides or works at
   (full name of first defendant)
   **#185 Central Avenue, Suite T   Atlanta Georgia 30303**
   (full address of first defendant)
   **Judicial Officer**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant HAD knowledge of ABUSE Punishment AN Torture By The Prison Guards over A Civil Lawsuite Filed on Suffolk County Jail AN Still Held Me under Jail

2. Defendant **LINDA BORSKY** resides or works at
   (full name of first defendant)
   **#185 Central Avenue, Suite T   Atlanta Georgia 30303**
   (full address of first defendant)
   **Judicial Officer**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant knew about a FBI investigation on The Fulton County Jail AND Neglicted And ignored complaints about Plaintiff life in DANGER

3. Defendant **DEBBIE-ANN RICKMAN** resides or works at
   (full name of first defendant)
   **#185 Central Avenue, Suite T   Atlanta Georgia 30303**
   (full address of first defendant)
   **Judicial Officer**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   Defendant Allowed Fulton County Jail To Abuse Punish Toture Sexually Assalt Plaintiff AND HAD Evidence of Prison Guards TRicking Plaintiff out of a 20million Civil Lawsuite in Boston Massachuttes To Help out Another Jail From Loseing a Civil Lawsuite Suffolk County Jail Boston MA 20 Bradston Street 02118 Plaintiff LOST A Pending 20 million Civil Lawsuite Being Held in The State of Georgia Still NOT Guilty May/29/2022

4. Defendant **SHANIA KING** resides or works at
(full name of first defendant)
**Lewis Slayton Court House 136 Pryor Street SW, Atlanta Georgia 30303**
(full address of first defendant)
**Public Defender      State of Georgia**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law: Plaintiff $20 million
SHANIA KING worked with a Government official to lock up over a civil lawsuit filed
MAYJOR J. MOFFET told Plaintiff of Attorney - Plan to abuse imprison steal money

5. Defendant **FANI T. WILLIS** resides or works at
(full name of first defendant)
**136 Pryor Street, SW 3rd Floor Atlanta Georgia 30303.**
(full address of first defendant)
**District Attorney      Fulton Superior Court**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
FILED INDICTMENT AGAINST PLAINTIFF IN ORDER TO ABUSE PUNISH TORTURE
HIM OVER A LAWSUITE CIVIL WORTH 20 million in BOSTON MASSACHUTTES
AT ANOTHER JAIL SUFFOLK COUNTY JAIL 20 BRADSTON
STREET 02118 OVER A CIVIL LAWSUITE FILED ON A
CHEIF DEPUTY SECURITY YALONDA SMITH / WARDEN -
STEVEN W. TOMPSKION  ATTORNEY FRANK D. CAMERA
99 SOUTHMAIN STREET SUITE 220 FALLRIVER MA
02721  508- ~~55~~ 677-2878  PLAINTIFF HAD SIX MONTHS
TO SETTLE - OUT OF COURT $20 million SLIP & FALL CASES.

ATTORNEY FRANK D. CAMERA WITHDREW FROM
CONTRACT DUE TO PLAINTIFF BEING HELD ~~uber~~ under
charges in the STATE OF GEORGIA.
TRICK STEVEN J. GOMEZ OUT OF A WINNING
CIVIL CLAIM, TO HELP OUT ANOTHER JAIL FROM
A CIVIL LAWSUITE LOST IN BOSTON MASSACHUTTES
SUFFOLK COUNTY JAIL ~~EXS~~ MAYJOR J. MOFFET TOLD
PLAINTIFF ABOUT THE PLAIN TO WRONGFULLY IMPRISON
HIM UNDER ABUSE MAYSOR J. MOFFET - FULTON COUNTY JAIL

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                 Page 4 of 6

D. CLAIMS*

CLAIM I

The following civil right has been violated:

- THE STATE OF GEORGIA COMMITTED FORGERY OF POWER OF ATTORNEY IN NEWYORK MANHATTEN CRIMINAL COURTS TO WAVIER COURT APPEARENCE Plaintiff LOST EXTRADITION RIGHTS ATTORNEY MRS LUNN MANHATTEN legal AID
- Plaintiff WAS TRICKED OUT of FILE A Governer WARRENT IN NEWYORK ATTORNEY KAYLA SMITH MANHATTEN Legal AID. Plaintiff CIVIL RIGHTS NO. 1:22-CV-0086-SDG  1:22-CV-01156-SDG   1:22-CV-01843-SDG  WAS DISMISSED AS Frivolous By UNITED STATES District COURT NORTHERN District of GEORGIA ATLANT DIVISION Plaintiff WAS UNDER ABUSE By FULTON COUNTY COURTS AND DEFENDENT FULTON COUNTY JAIL DIDNT ALLOWED Plaintiff ~~WAS~~ WORK ON FILE CIVIL ACTION PRISON GUARDS ATTACKED AND DIDNT LET HIM USE LAW LIBAREY TO PROperly Present Evi THE DEPRIVATION OCCURred UNDER COLOR OF STATE LAW

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

- THE DEFENDANT RACHEL KRAUSE LINDA BORSKY DEBBIE-AHN RICKMAN FANI T Willis SHANIA KING DEPRIVATION OCCURred UNDER COLOR OF STATE LAW LANEV Philbin 835 F.3d
- KNEW Plaintiff WAS ATTACKED BY PRISON GUARDS AT THE DOWNTOWN ATLANTA COURT HOUSE FEBUARY /22/2022 AND IGNORED THE ASSAULT AND ABUSE IN COURT ROOM
- SHANIA KING SET ME UP TO BE PUT ON NO BOND WITH LINDA BORSKY, DA SETH BROWN TO HOLD Plaintiff IN JAIL BECAUSE HE WAS FILE A PENDING CIVIL LAWSUIT AGAINST BOSTON Suffolk COUNTY JAIL MASSACHUTTES · MAY 50 J MOFFET INFORMED.
- FANI T. Willis WENT PASS STATUE OF LIMITATION OF TIME TO APPROVE INDICTMENT 10 MONTHS PASS TIME By Constitutional LAW, SHANIA KING FLED STOP WORKING FOR FULTON PUBLIC Defenders After Setting up NO BOND
- ALL DEFENDANT KNEW By COURT Documents Plaintiff Reported Violation 1 year

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. ~~PR~~ BEFORE 2021 — Clerk MAGISTRATE AND NEGLICETED THE Plaintiff COMPLAINT FOR EMERGENCY Help on ABUSE AT JAIL

CIVIL RIGHTS COMPLAINT

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

- Plaintiff to be set free on criminal charges against him by the State of Georgia CASE# 22SC180918 CASE# 21SC179421 CASE# 22CP208134 Fulton County Court 136 Pryor Street Atlanta, GA

- Plaintiff would like a proper investigation on court proceeding in Manhatten Criminal Courthouse New York December 30th 2020 — January 6th-2021 Attorney Kayla Smith / Attorney Mrs Lunn was tricked out our rights to a Governer Warrent from the State of Georgia. Riykers Island Dept of Corrections committed forgery in Power of Attorney Plaintiff Name.

- Plaintiff criminal cases dismissed Riykers Island prison guards committed forgery in Power of Attorney January 6th 2020 Plaintiff did not sign legal document of Power of Attorney Force him to lose extradition rights from New York. Dept of Corrections. Attorney Mrs Lunn Legal Aid Society

- Plaintiff was told by Mayjor J. Moffet Fulton County Jail that Shina King Public Defender Atlanta Fulton County Courthouse set Plaintiff up to be held on no bond by Court Judge Linda Borsky Fulton County Court Jan/21/2021 Because Plaintiff had a $20 million lawsuite pending in Boston MA, and a unknown female tricked him to be locked up by the State of Georgia for him money Plaintiff was about to win out settlement.

5/29/2022
(Date)

(Signature of Plaintiff)

STEVEN JAMES GOMEZ
#901 RICE STREET JAIL
FULTON COUNTY
ATLANTA, GEORGIA 30318
o/c 2100701
iD 975976
NORTH cell 114
ZONE 100

UNITED STATES COURT HOUSE
#255 EAST TEMPLE STREET
Suite TS-134
LOS ANGELES, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 27 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

THIS MAIL ORIGINATED FROM AN INMATE AT THE FULTON COUNTY JAIL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2019